IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAL HUWEIH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>US BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00421-MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is the parties' Joint Case Management Statement, filed April 29, 2016, in which the parties request the Case Management Conference currently scheduled for May 6, 2016, be continued for sixty days in light of their referral to the ADR Unit and ongoing discussions regarding a potential loan modification.

　　　　Good cause appearing, the request for a continuance is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to July 8, 2016. An updated Joint Case Management Statement shall be filed no later than July 1, 2016.

　　　　**IT IS SO ORDERED.**

Dated: May 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge