IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMAL HUWEIH,

    Plaintiff,

v.

US BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, et al.,

    Defendants.

Case No. 16-cv-00421-MMC

**ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 12, 2016; DENYING DEFENDANTS' REQUEST FOR ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

Re: Dkt. No. 17

    Before the Court is the parties' Joint Case Management Statement, filed July 1, 2016, in which the parties report they are still in the process of discussing a potential loan modification and that a further ADR conference has been set for August 3, 2016.

    Under the circumstances, defendants' request that the July 8, 2016 Case Management Conference be continued for thirty days is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to August 12, 2016; a Joint Case Management Statement shall be filed no later than August 5, 2016.  Defendants' further request for an order setting a briefing schedule on its Motion to Dismiss is hereby DENIED in light of the parties' ongoing settlement discussions.

    **IT IS SO ORDERED.**

Dated: July 5, 2016

MAXINE M. CHESNEY
United States District Judge