Jason W. Estavillo (Bar No. 188093)
Caitlin M. Phair (Bar No. 306685)
LAW OFFICES OF JASON ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone:  (510) 982-3001
Facsimile:    (510) 982-3002

Attorneys for Amal Huweih,

UNTIED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMAL HUWEIH, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; SUMMIT MANAGEMENT COMPANY, LLC; and DOES 1-20 <br><br> Defendants | Case No.: 3:16-cv-00421-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: August 12, 2016 <br> Time: 10:30 A.M. <br> Courtroom: 7 <br> Judge: |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Stipulation is entered into by and between Plaintiff Amal Huweih ("Plaintiff"), and Defendants U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereafter "U.S. Bank"), Caliber Home Loans, Inc. (hereafter "Caliber") and Summit Management Company (hereafter "Summit") (collectively "Defendants") by and through their counsel stipulate and agree as follows:

WHEREAS, a the Initial Case Management Conference is calendared for August 12, 2016 at 10:30 A.M. in Courtroom 17;

*Huweih v. U.S. Bank Trust, N.A., et al.*

WHEREAS, the parties stipulate and agree that the hearings be continued by twenty-five (25) days to September 6, 2016;

WHEREAS the ADR conference held on August 3, 2016;

WHEREAS counsel represented to the ADR department Plaintiff is under active loan modification review and therefor the ADR conference has been continued to August 29, 2016. The ADR department also recommended that we submit said stipulation to continue the Case Management Conference to a date after the next ADR conference.

## **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED by and between Plaintiffs and Defendants, and subject to the approval of the Court, that:

1. The Initial Case Management Conference will be continued to September 6, 2016 at 10:30 A.M. in Courtroom 17 of the above-referenced Court;

Based upon the above the parties respectfully request that the Court approve this Stipulation and sign the proposed order set forth below.

LAW OFFICE OF JASON W. ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

*Huweih v. U.S. Bank Trust, N.A., et al.*                    *Stipulation and* P̶r̶o̶p̶o̶s̶e̶d̶ *Order*

2

**IT IS SO STIPULATED.**

Dated: August 10, 2016                    PERKINS COIE LLP

/s/
_____

Aaron A. Goldstien
Attorney for Defendants

Dated: August 10, 2016                    LAW OFFICE OF JASON W. ESTAVILLO, PC

/s/
_____

Jason W. Estavillo
Attorney for Amal Huweih

LAW OFFICE OF JASON W. ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile: (510) 982-3002

*Huweih v. U.S. Bank Trust, N.A., et al.*                    *Stipulation and* ~~*Proposed*~~ *Order*

**[PROPOSED] ORDER**

Having read the foregoing Stipulation of the parties and GOOD CAUSE appearing

**IT IS ORDERED** that:

1. The Initial Case Management Conference will be continued to __September 9__, 2016 at 10:30 A.M. in Courtroom ~~17~~ 7 of the above-referenced Court;

**IT IS SO ORDERED.**

Dated: August __10__, 2016

_____
Judge of the District Court

LAW OFFICE OF JASON W. ESTAVILLO, PC
1330 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 982-3001
Facsimile:  (510) 982-3002

*Huweih v. U.S. Bank Trust, N.A., et al.*                                         *Stipulation and ~~Proposed~~ Order*

4