IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMAL HUWEIH,

        Plaintiff,

    v.

US BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, et al.,

        Defendants.

Case No. 16-cv-00421-MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Before the Court is defendants' "Motion to Dismiss Complaint," filed February 1, 2016. Plaintiff has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for November 18, 2016.

**IT IS SO ORDERED.**

Dated: November 15, 2016

                                                           MAXINE M. CHESNEY
                                                           United States District Judge