IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAL HUWEIH,<br><br>            Plaintiff,<br><br>      v.<br><br>US BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, et al.,<br><br>            Defendants. | Case No. 16-cv-00421-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO EXPUNGE** |

Before the Court is the "Motion to Expunge Notice of Pendency of Action or Require a Bond," filed December 19, 2016, by defendants U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust, Caliber Home Loans, Inc., and Summit Management Company, LLC.  Plaintiff Amal Huweih has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for January 27, 2017.

**IT IS SO ORDERED.**

Dated: January 20, 2017

MAXINE M. CHESNEY
United States District Judge